IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JAMIE SCOTT, #19197**                                                  **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO.  3:07-cv-483-DPJ-JCS**

**I.A. GILMORE and JAMES HOLMAN**                         **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED AND ADJUDGED** this the 2th day of November, 2007.

                                           s/ *Daniel P. Jordan III*
                                           UNITED STATES DISTRICT JUDGE